Stuart B. Wolfe (SBN 156471)
Marcus T. Brown (SBN 255662)
**WOLFE & WYMAN LLP**
2175 N. California Blvd., Suite 415
Walnut Creek, California 94596-3579
Telephone: (925) 280-0004
Facsimile: (925) 280-0005
mtbrown@wolfewyman.com

Attorneys for Defendant
FIRST FRANKLIN FINANCIAL CORP. (erroneously sued as "FIRST FRANKLIN BANK")

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN RAMIREZ and MARY C. RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>FIRST FRANKLIN BANK, ACTION REAL ESTATE LENDING, TRACY MAX BRYAN, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:09-CV-01335-MCD-KJM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[L.R. 6-144] |

TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

This Stipulation is made pursuant to Local Rule 6-144 and is made by and between Plaintiffs EFRAIN RAMIREZ and MARY C. RAMIREZ and Defendants FIRST FRANKLIN FINANCIAL CORP. (erroneously sued as "FIRST FRANKLIN BANK") (hereinafter "Defendant"). Plaintiff and Defendant, by and through their respective counsel of record herein, agree and stipulate as follows:

A.   On or about June 16, 2009, Defendant requested of Plaintiff an extension of time to respond to Plaintiff's complaint until and including July 6, 2009.

PDF created with pdfFactory trial version www.pdffactory.com

B. On or about June 17, 2009, Plaintiff's counsel agreed to extend Defendants' time to respond to Plaintiff's complaint until and including July 6, 2009.

C. Defendant has not previously obtained any extension of time in this action.

D. This Stipulation does not alter the date of any event or any deadline already fixed by the Court.

WHEREFORE, the parties that have appeared in this action and are affected by the stipulation agree and stipulate that Defendant has until and including July 6, 2009 to respond to Plaintiff's complaint.

DATED: June 18, 2009                          WOLFE & WYMAN LLP

By:     /s/ Marcus T. Brown
    STUART B. WOLFE
    MARCUS T. BROWN
Attorneys for Defendant
**FIRST FRANKLIN FINANCIAL CORP. (erroneously
sued as "FIRST FRANKLIN BANK")**

DATED: June 18, 2009                          LANAHAN & REILLEY, LLP

By:     /s/ Michael J. M. Brook
    MICHAEL J.M. BROOK, ESQ.
Attorney for Plaintiff
**EFRAIN RAMIREZ and MARY C. RAMIREZ**

///
///
///
///
///
///
///

2
**STIPULATION TO EXTEND TIME TO RESPOND**

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER ON STIPULATION**

The Court, having reviewed the stipulation of the parties, and good cause appearing therefore, ORDERS that Defendant shall have until and including July 6, 2009 to respond to the Plaintiffs' Complaint in this matter.

IT IS SO ORDERED.

DATED: June 23, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3
STIPULATION TO EXTEND TIME TO RESPOND

PDF created with pdfFactory trial version www.pdffactory.com