Gina L. Albertson (SBN 216960)
ALBERTSON LAW
6789 Quail Hill Parkway, #223
Irvine, California 92603
Telephone: (949) 861-3132
Facsimile: (949) 861-8785
galbertson@albertsonlaw.org

**FILED**

JUL - 6 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

Attorney for Defendants
FIRST FRANKLIN FINANCIAL CORPORATION erroneously sued and served as FIRST FRANKLIN BANK and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., erroneously sued and served as MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.

# UNITED STATES DISTRICT COURT OF CALIFORNIA

## EASTERN DISTRICT-SACRAMENTO

| | |
|---|---|
| EFRAIN RAMIREZ and MARY C. RAMIREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST FRANKLIN BANK, ACTION REAL ESTATE LENDING, TRACY MAX BRYAN, MORTGAGE ELECTRONIC SYSTEM, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | U.S.D.C. Case Number:<br><br>2:09-CV-01335-MCE-KJM<br><br>Complaint filed on May 13, 2009<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[Local Rule 6-144] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 6-144, this Stipulation is made by and between Plaintiffs EFRAIN RAMIREZ and MARY C. RAMIREZ (hereinafter, "Plaintiffs") and Defendants FIRST FRANKLIN FINANCIAL CORPORATION erroneously sued and served as FIRST FRANKLIN BANK (hereinafter, "FIRST FRANKLIN") and MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC. erroneously sued and served as MORTGAGE ELECTRONIC

---

REGISTRATIONS SYSTEM, INC. (hereinafter, "MERS" or collectively as, "Defendants"). Plaintiffs and Defendants hereby stipulate and agree as follows:

Plaintiffs grant FIRST FRANKLIN and MERS a second extension to respond to their Complaint. FIRST FRANKLIN and MERS' response to the Complaint is now due on or before July 15, 2009.

Dated: July 6, 2009                ALBERTSON LAW

By:/s/ Gina L. Albertson
GINA L. ALBERTSON
Attorney for Defendants FIRST FRANKLIN FINANCIAL CORPORATION erroneously sued and served as FIRST FRANKLIN BANK and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., erroneously sued and served as MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.

Dated: July 6, 2009                LANAHAN & REILLEY, LLP

By: /s/ Michael J.M. Brook
MICHAEL J.M. BROOK
Attorney for Plaintiffs
**EFRAIN RAMIREZ and MARY C. RAMIREZ**

IT IS SO ORDERED.

Date: 7-6-09              By: [signature]
Judge of the United States District Court,
Eastern District of California,
Sacramento Division

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
2