**Gina L. Albertson (SBN 216960)**
**ALBERTSON LAW**
**6789 Quail Hill Parkway, #223**
**Irvine, California 92603**
**Telephone:  (949) 861-3132**
**Facsimile:  (949) 861-8785**
**galbertson@albertsonlaw.org**

Attorneys for Defendants FIRST FRANKLIN FINANCIAL CORPORATION erroneously sued and served as FIRST FRANKLIN BANK and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., erroneously sued and served as MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.

# UNITED STATES DISTRICT COURT OF CALIFORNIA

## EASTERN DISTRICT-SACRAMENTO DIVISION

| | |
|---|---|
| EFRAIN RAMIREZ and MARY C. RAMIREZ,<br><br>         Plaintiffs,<br><br>    vs.<br><br>FIRST FRANKLIN BANK, ACTION REAL ESTATE LENDING, TRACY MAX BRYAN, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., and DOES 1 through 20, inclusive,<br><br>         Defendants. | **U.S.D.C. Case Number:**<br><br>**2:09-CV-01335-MCE-KJM**<br><br>**Complaint filed on May 13, 2009**<br><br>**Assigned to District Judge Morrison C. England**<br><br>**DEFENDANTS FIRST FRANKLIN FINANCIAL CORPORATION AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S REQUEST FOR TELEPHONIC APPEARANCE WITH RESPECT TO MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br><u>Hearing:</u><br>Date:   September 10, 2009<br>Time:   2:00 p.m.<br>Ctrm:   7<br>*[Filed Concurrently with Notice of Motion and Motion to Dismiss; Request for Judicial Notice; and (Proposed) Order]* |

**DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE FOR MOTION TO DISMISS**

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants FIRST FRANKLIN FINANCIAL CORPORATION erroneously sued and served as FIRST FRANKLIN BANK (hereinafter, "FIRST FRANKLIN") and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. erroneously sued and served as MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. (hereinafter, "MERS" or collectively, "Defendants"), by and through their counsel of record, Gina L. Albertson of Albertson Law, hereby requests that counsel for Defendants be permitted to attend the hearing on Defendants' Motion to Dismiss for Plaintiffs' failure to state a claim upon which relief can be granted, or in the alternative, for a more definite statement pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) and 12(e), respectively, presently set for September 10, 2009, at 2:00 p.m. or at whatever date the Court determines, telephonically by the Court contacting Defendant's counsel, Gina L. Albertson, at the telephone number (949) 861-3132 at the date and time set for said noticed hearing in Courtroom 7 of the United States District Court for the Eastern District of California, Sacramento Division.

Dated: July 15, 2009            ALBERTSON LAW

By:_____
GINA L. ALBERTSON
Attorney for Defendants FIRST FRANKLIN FINANCIAL CORPORATION erroneously sued and served as FIRST FRANKLIN BANK and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., erroneously sued and served as MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.

**DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE FOR MOTION TO DISMISS**

The Court, having duly considered Defendants' counsels' Request for a Telephonic hearing, hereby grants said request. IT IS HEREBY ORDERED that the Court will call Gina L. Albertson, Esq. of Albertson Law, telephone number (949) 861-3132 on September 10, 2009 at 2:00 p.m. or at any future date noticed with respect to Defendants FIRST FRANKLIN FINANCIAL CORPORATION and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'s Motion to Dismiss for Plaintiffs' failure to state a claim upon which relief can be granted, or in the alternative, for a more definite statement pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) and 12(e), respectively,

**IT IS SO ORDERED.**

DATED: July 17, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE