Gina L. Albertson (SBN 216960)
ALBERTSON LAW
6789 Quail Hill Parkway, #223
Irvine, California 92603
Telephone: (949) 861-3132
Facsimile: (949) 861-8785
galbertson@albertsonlaw.org

Attorney for Defendants
FIRST FRANKLIN FINANCIAL CORPORATION erroneously sued as FIRST FRANKLIN, A DIVISION OF NATIONAL CITY BANK a.k.a. FIRST FRANKLIN, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and SELECT PORTFOLIO SERVICING, INC.

## UNITED STATES DISTRICT COURT OF CALIFORNIA

## EASTERN DISTRICT-SACRAMENTO

| | |
|---|---|
| EFRAIN RAMIREZ and MARY C. RAMIREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST FRANKLIN BANK, ACTION REAL ESTATE LENDING, TRACY MAX BRYAN, MORTGAGE ELECTRONIC SYSTEM, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | **U.S.D.C. Case Number:**<br><br>**2:09-CV-01335-MCE-KJM**<br><br>**Complaint filed on May 13, 2009**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**<br><br>**[Local Rule 6-144]** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 6-144(a), this Stipulation is made by and between Plaintiffs EFRAIN RAMIREZ and MARY C. RAMIREZ (hereinafter, "Plaintiffs") and Defendants FIRST FRANKLIN FINANCIAL CORPORATION, erroneously sued as FIRST FRANKLIN A DIVISION OF NATIONAL CITY BANK A.K.A FIRST FRANKLIN (hereinafter, "FIRST FRANKLIN"), MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC. (hereinafter,

**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**
1

PDF created with pdfFactory trial version www.pdffactory.com

"MERS") and SELECT PORTFOLIO SERVICING, INC. (hereinafter, "SPS" or collectively as, "Defendants").  Plaintiffs and Defendants hereby stipulate and agree as follows:

1. Plaintiffs originally granted Defendants an extension up to and including October 23, 2009, by which to respond to the First Amended Complaint in this action so that the parties can engage in settlement discussions.

2. The parties continue to engage in settlement discussions.  As a result, the parties seek an extension so that they may fully review the settlement potential without further unnecessary litigation in this action.

3. This is the second extension granted by Plaintiffs to Defendants to respond to the First Amended Complaint and it is for thirty-days.

4. The filing date has not been set by order of the Court.

5. This Stipulation is executed on behalf of all parties who are affected by this Stipulation.

Accordingly, Plaintiffs stipulate that FIRST FRANKLIN, MERS, and SPS may they file their response to the First Amended Complaint on or before November 23, 2009.

Dated:  October 23, 2009         ALBERTSON LAW


                                 By:/s/ Gina L. Albertson
                                    GINA L. ALBERTSON

---

**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**
**2**

PDF created with pdfFactory trial version www.pdffactory.com

Attorney for Defendants
**FIRST FRANKLIN FINANCIAL CORPORATION erroneously sued as FIRST FRANKLIN A DIVISION OF NATIONAL CITY BANK a.k.a. FIRST FRANKLIN, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and SELECT PORTFOLIO SERVICING, INC.**

Dated: October 23, 2009            LANAHAN & REILLEY, LLP

By: /s/ Michael J.M. Brook
      MICHAEL J.M. BROOK (authorized electronic signature on September 22, 2009)
Attorney for Plaintiffs
**EFRAIN RAMIREZ and MARY C. RAMIREZ**

The Court having reviewed the pleadings and Stipulation to Respond to the First Amended Complaint in this action, hereby Orders that Defendants FIRST FRANKLIN FINANCIAL CORPORATION, erroneously sued as FIRST FRANKLIN A DIVISION OF NATIONAL CITY BANK A.K.A FIRST FRANKLIN, MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC., and SELECT PORTFOLIO SERVICING, INC. may file their response to the First Amended Complaint on or before November 23, 2009.

IT IS SO ORDERED.

DATED: October 28, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**
3

PDF created with pdfFactory trial version www.pdffactory.com