Gina L. Albertson (SBN 216960)
ALBERTSON LAW
6789 Quail Hill Parkway, #223
Irvine, California 92603
Telephone:  (949) 861-3132
Facsimile:  (949) 861-8785
galbertson@albertsonlaw.org

**Attorney for Defendant**s
**FIRST FRANKLIN FINANCIAL CORPORATION erroneously sued as FIRST FRANKLIN, A DIVISION OF NATIONAL CITY BANK a.k.a. FIRST FRANKLIN, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and SELECT PORTFOLIO SERVICING, INC.**

# UNITED STATES DISTRICT COURT OF CALIFORNIA

## EASTERN DISTRICT-SACRAMENTO

| | |
|---|---|
| EFRAIN RAMIREZ and MARY C. RAMIREZ,<br><br>     Plaintiffs,<br><br>vs.<br><br>FIRST FRANKLIN BANK, ACTION REAL ESTATE LENDING, TRACY MAX BRYAN, MORTGAGE ELECTRONIC SYSTEM, INC., and DOES 1 through 20, inclusive,<br><br>     Defendants. | **U.S.D.C. Case Number:**<br><br>**2:09-CV-01335-MCE-KJM**<br><br>**Complaint filed on May 13, 2009**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**<br><br>**[Local Rule 6-144]** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 6-144(a), this Stipulation is made by and between Plaintiffs EFRAIN RAMIREZ and MARY C. RAMIREZ (hereinafter, "Plaintiffs") and Defendants FIRST FRANKLIN FINANCIAL CORPORATION, erroneously sued as FIRST FRANKLIN A DIVISION OF NATIONAL CITY BANK A.K.A FIRST FRANKLIN (hereinafter, "FIRST FRANKLIN"), MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC. (hereinafter, "MERS") and SELECT PORTFOLIO SERVICING, INC. (hereinafter, "SPS" or

collectively as, "Defendants").  Plaintiffs and Defendants hereby stipulate and agree as follows:

1. While engaging in settlement negotiations, the Parties stipulated and obtained an order granting Defendants until December 23, 2009 to respond to the First Amended Complaint.  The response to the First Amended Complaint was originally due on or before October 23, 2009.

2. Defendants conveyed a settlement offer, without admitting any liability, which they believe will likely resolve this action.  Defendants' counsel has continued to follow-up with Plaintiffs counsel regarding the settlement.  Defendants understand that Plaintiffs are reviewing this offer.  As a result, the parties seek a further extension so that they may fully review the settlement potential without further unnecessary litigation in this action.

3. This is the third extension granted by Plaintiffs to Defendants to respond to the First Amended Complaint and it is for thirty-days.

4. This Stipulation is executed on behalf of all parties who are affected by this Stipulation.

Accordingly, Plaintiffs stipulate that FIRST FRANKLIN, MERS, and SPS may they file their response to the First Amended Complaint on or before January 23, 2010.

Dated:  December 23, 2009          ALBERTSON LAW

By:/s/ Gina L. Albertson
    GINA L. ALBERTSON

2

Attorney for Defendants
**FIRST FRANKLIN FINANCIAL CORPORATION erroneously sued as FIRST FRANKLIN A DIVISION OF NATIONAL CITY BANK a.k.a. FIRST FRANKLIN, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and SELECT PORTFOLIO SERVICING, INC.**

Dated:  December 23, 2009         LANAHAN & REILLEY, LLP


By: /s/ Michael J.M. Brook
        MICHAEL J.M. BROOK (authorized electronic signature on September 22, 2009)
Attorney for Plaintiffs
**EFRAIN RAMIREZ and MARY C. RAMIREZ**

The Court having reviewed the pleadings and Stipulation to Respond to the First Amended Complaint in this action, hereby Orders that Defendants FIRST FRANKLIN FINANCIAL CORPORATION, erroneously sued as FIRST FRANKLIN A DIVISION OF NATIONAL CITY BANK A.K.A FIRST FRANKLIN, MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC., and SELECT PORTFOLIO SERVICING, INC. may file their response to the First Amended Complaint on or before January 23, 2010.

IT IS SO ORDERED.

DATED: December 29, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE