1  **Gina L. Albertson (SBN 216960)**
   **ALBERTSON LAW**
2  **6789 Quail Hill Parkway, #223**
   **Irvine, California 92603**
3  **Telephone:  (949) 861-3132**
   **Facsimile:  (949) 861-8785**
4  **galbertson@albertsonlaw.org**

5  **Attorneys for Defendants**
6  **FIRST FRANKLIN FINANCIAL CORPORATION erroneously sued as**
   **FIRST FRANKLIN A DIVISION OF NATIONAL CITY BANK A.K.A.**
7  **FIRST FRANKLIN, MORTGAGE ELECTRONIC REGISTRATION**
   **SYSTEMS, INC., and SELECT PORTFOLIO SERVICING, INC.**
8

9              **UNITED STATES DISTRICT COURT OF CALIFORNIA**

10             **EASTERN DISTRICT-SACRAMENTO DIVISION**

11 | EFRAIN RAMIREZ and MARY C. RAMIREZ, | **U.S.D.C. Case Number:** |
12 | | **2:09-CV-01335-MCE-KJM** |
   |          Plaintiffs, | |
13 | | **Complaint filed on May 13, 2009** |
   |       vs. | **First Amended Complaint filed on September 3, 2009** |
14 | | |
15 | SELECT PORTFOLIO SERVICING, INC.; FIRST FRANKLIN A DIVISION | **Assigned to District Judge Morrison C. England** |
16 | OF NATIONAL CITY BANK A.K.A. FIRST FRANKLIN; MORTGAGE | |
17 | ELECTRONIC REGISTRATION SYSTEMS, INC.; ACTION REAL | **DEFENDANTS FIRST FRANKLIN FINANCIAL CORPORATION, MORTGAGE ELECTRONIC** |
18 | ESTATE FUNDING; TRACY MAX BRYAN; and DOES 1 through 20, | **REGISTRATION SYSTEMS, INC., AND SELECT PORTFOLIO** |
19 | inclusive, | **SERVICING INC.'S REQUEST** |
20 |          Defendants. | **FOR TELEPHONIC APPEARANCE WITH RESPECT** |
21 | | **TO MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED** |
22 | | **COMPLAINT, OR IN THE ALTERNATIVE, FOR A MORE** |
23 | | **DEFINITE STATEMENT** |
24 | | |
25 | | **Hearing:** |
   | | **Date:  March 11, 2010** |
26 | | **Time:  2:00 p.m.** |
   | | **Ctrm:  7** |
27 | | *[Filed Concurrently with Notice of Motion* |
   | | *and Motion to Dismiss; Request for Judicial* |
28 | | *Notice; and (Proposed) Order]* |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants FIRST FRANKLIN FINANCIAL CORPORATION erroneously sued as FIRST FRANKLIN A DIVISION OF NATIONAL CITY BANK A.K.A. FIRST FRANKLIN, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and SELECT PORTFOLIO SERVICING, INC. (hereinafter referred to collectively as, "Defendants") by and through their counsel of record, Gina L. Albertson of Albertson Law, hereby requests that counsel for Defendants be permitted to attend the hearing on Defendants' Motion to Dismiss the First Amended Complaint for Plaintiffs' failure to state a claim upon which relief can be granted, or in the alternative, for a more definite statement pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) and 12(e), respectively, presently set for March 11, 2010, at 2:00 p.m. or at whatever date the Court determines, telephonically by the Court contacting Defendant's counsel, Gina L. Albertson, at the telephone number (949) 861-3132 at the date and time set for said noticed hearing in Courtroom 7 of the United States District Court for the Eastern District of California, Sacramento Division.

Dated:  January 23, 2010            ALBERTSON LAW


By: _____/s/_____
     GINA L. ALBERTSON
**Attorneys for Defendants**
**FIRST FRANKLIN FINANCIAL**
**CORPORATION erroneously sued as**
**FIRST FRANKLIN A DIVISION OF**
**NATIONAL CITY BANK A.K.A. FIRST**
**FRANKLIN, MORTGAGE ELECTRONIC**
**REGISTRATION SYSTEMS, INC., and**
**SELECT PORTFOLIO SERVICING, INC.**

1

2          The Court, having duly considered Defendants' counsels' Request for a

3    Telephonic hearing, hereby grants said request.  IT IS HEREBY ORDERED that

4    the Court will call Gina L. Albertson, Esq. of Albertson Law, telephone number

5    (949) 861-3132 on March 11, 2010 at 2:00 p.m. or at any future date noticed with

6    respect to Defendants FIRST FRANKLIN FINANCIAL CORPORATION,

7    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and SELECT

8    PORTFOLIO SERVICING, INC.'s Motion to Dismiss the First Amended

9    Complaint for Plaintiffs' failure to state a claim upon which relief can be granted,

10   or in the alternative, for a more definite statement pursuant to Federal Rules of

11   Civil Procedure, Rule 12(b)(6) and 12(e), respectively.

12

13          **IT IS SO ORDERED.**

14

15   DATED: January 27, 2010

16                                    _____

17                                    MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28